**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**DELTA DIVISION**

**FIRST FAMILY FINANCIAL SERVICES and**
**ASSOCIATES FIRST CAPITAL CORPORATION,**                **PLAINTIFFS,**

**VS.**                                                                **CIVIL ACTION NO. 2:04CV129-P-A**

**ALFRED WALTON,**                                                     **DEFENDANT.**

<u>**ORDER**</u>

In accordance with a Memorandum Opinion issued this day, **IT IS ORDERED AND ADJUDGED** that:

(1) Plaintiffs First Family Financial Services, Inc. and Associates First Capital Corporation's Motion for Summary Judgment [7-1] pending in *First Family Financial Services, Inc. et al. v. Alfred Walton*, Cause Number 2:04cv129-P-A is hereby **GRANTED**; accordingly,

(2) The claims of Alfred Walton against First Family Financial Services, Inc. and Associates First Capital Corporation in *Selmon, et al. v. First Family Financial Services, et al.*, Cause Number 2:03CV108-P-A are **COMPELLED TO ARBITRATION**; and

(3) An Order shall issue in *Selmon* dismissing Alfred Walton's claims against First Family Financial Services and Associates First Capital Corporation without prejudice.

**SO ORDERED** this they 18th day of July, A.D., 2005.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE